# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Cheryl Ford, an individual,

                Plaintiff,

v.

Advantage Plus Consulting, Inc., a Nevada Corporation as successor in interest to AFRC, Inc., a Nevada Corporation; Does I-X individually; Roe Corporations I-X,

                Defendants

Case Number: 2:14-cv-02206-APG-GWF

**DEFAULT JUDGMENT**

(Dkt. #9)

---

    Defendant Advantage Plus Consulting, Inc., as successor in interest to AFRC, Inc., failed to respond to the complaint or otherwise defend this action. Default was entered on March 13, 2015. Plaintiff Cheryl Ford now requests judgment against Advantage. (Dkt. #9.) I conducted an evidentiary hearing on the motion for default judgment on September 24, 2015. Good cause appearing,

    Judgment is hereby entered in favor of plaintiff Cheryl Ford and against defendant Advantage Plus Consulting, Inc. as successor in interest to AFRC, Inc. in the following amounts:

    1. $9,945 in lost income (calculated as follows: $8.75 per hour x 35 hours per week x 52 weeks without employment = $15,925, minus $5,980 received as unemployment benefits);

    2. $50,000 for emotional distress damages, to compensate Ms. Ford for the hostile work environment and management's ignoring of her circumstances;

    3. $150,000 in punitive damages, intended to punish defendant for the hostile work environment, management's ignoring of her circumstances, and the circumstances surrounding Ms. Ford's termination; and

    4. Reasonable attorney's fees and costs, in an amount I will determine.

////

////

1

Within 14 days of entry of this Judgment, plaintiff may file a bill of costs and application for attorney's fees, attaching appropriate proof.

This Judgment shall bear interest at the legal rate until the judgment is satisfied.

DATED this 24th day of September, 2015.

_____
Andrew P. Gordon
United States District Judge